In the Matter of the Probate of the Will of ANDREW J. LEPPER, Deceased.

HELEN A. ROBBINS, Appellant; SAMUEL McAULIFFE, Respondent.

*Will — construction — when executor authorized to sell and convey real estate and apportion proceeds.*

*Matter of Lepper* (*Will*), 200 App. Div. ——, affirmed.
(Submitted January 10, 1922; decided January 31, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 20, 1921, which affirmed a decree of the New York County Surrogate's Court construing the will of Andrew J. Lepper, deceased, and adjudging that it gives the executor power to sell and convey the real estate and apportion the proceeds. The disposing clauses of the will read as follows: "*First.* I direct that my just debts and funeral expenses be paid. *Second.* I direct that the executor of this instrument shall first pay out of my estate two-thirds of the receipts of any sale that may be made, to Emma C. Eagan, after all expenses of said sale are paid; also all household furniture, utensils and the two stoves of the house. *Third.* I will and bequeath to Helen A. Robbins all the residue of my estate excepting my War relics which I bequeath to the War Museum at Exposition Park." The personal property was insufficient to pay the debts and funeral expenses.

*Roy C. Webster* for appellant.

*H. G. Pierce* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.